UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Charles Lubin<br>doing business as<br>Lubin Advisory Group, LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>Nilloy, Inc.<br>doing business as<br>DCT Systems Group,<br><br>          Defendant. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-02206-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of plaintiff's motion for partial summary judgment on DCT's counterclaims, and that the court having granted plaintiff's motion, it is

**Ordered and Adjudged** that the plaintiff Charles Lubin, recover from the defendant Nilloy, Inc. doing business as DCT Systems Group on DCT's counterclaims for defamation and tortious interference with contracts costs of this action.

**It is Further Ordered and Adjudged** that Niloy, Inc. d/b/a DCT Systems Group is directed to pay Charles Lubin doing business as Lubin Advisory Group, LLC reasonable expenses and attorneys' fees incurred in making the April 7, 2014 [41] motion to compel and two-thirds of Charles Lubin doing business as Lubin Advisory Group, LLC reasonable expenses and attorneys' fee incurred in making the August 18, 2014 [63] motion to compel.

Dated at Atlanta, Georgia, this 3rd day of February, 2015.

JAMES N. HATTEN
DISTRICT COURT EXECUTIVE and
CLERK OF COURT

By:   s/*Barbara D. Boyle*
          Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  February 3, 2015
James N. Hatten
Clerk of Court

By: B. D. Boyle
          Deputy Clerk