**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CHARLES LUBIN, doing business as
Lubin Advisory Group, LLC,

                Plaintiff,

vs.

NILLOY, INC., doing business as DCT
Systems Group,

            Defendant.

CIVIL ACTION FILE

1:13-CV-02206-ODE

**J U D G M E N T**

    This action having come before the court, the Honorable Orinda D. Evans, United

States District Judge, for consideration of the Plaintiff's Motion for Entry of Judgment, it is

    **Ordered and adjudged** that judgment is entered in favor of the Plaintiff and against

the Defendant for the amount of $60,000.

    Dated at Atlanta, Georgia, this 5th day of April, 2018.

                        JAMES N. HATTEN
                        CLERK OF COURT

                By:  s/ Stephanie Pittman
                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 5, 2018
James N. Hatten
Clerk of Court

By:  s/ Stephanie Pittman
      Deputy Clerk